**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SHELDON BERGER, et al.,**

    **Plaintiffs,**

**v.**                                                 **Case No. 8:08-CV-1484-T-30EAJ**

**TARGET STORES**
**INCORPORATED, et al.,**

    **Defendants.**
_____/

**REPORT AND RECOMMENDATION**

On August 11, the court issued an Order (Dkt. 5) denying without prejudice Plaintiffs' motions to proceed in forma pauperis and finding that Plaintiffs' complaint was subject to dismissal for failure to comply with the Federal Rules of Procedure. The court gave Plaintiffs twenty (20) days to amend their complaint, and warned them that failure to do so would result in a recommendation that the case be dismissed. Plaintiffs' amended complaint was due August 31, 2008, however, Plaintiffs did not file an amended complaint with the court.

On September 26, 2008, the court issued an Order (Dkt. 6) directing Plaintiffs to show cause by October 6, 2008 why this case should not be dismissed for failure to prosecute. See Local Rule 3.10(a), M.D. Fla. As of the date of this order, Plaintiffs have not responded to the court's show cause order.

Accordingly and upon consideration, it is **RECOMMENDED** that:

(1)    this action be **DISMISSED** without prejudice for failure to prosecute; and

(2)    the Clerk of the Court be directed to close the file.

_____
ELIZABETH A JENKINS
United States Magistrate Judge

**Date:   October 16, 2008**

### NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of this service shall bar an aggrieved party from attacking the factual findings on appeal. See 28 U.S.C. § 636(b)(1).

Copies to:
Counsel of Record
District Judge